**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

A.W., a minor, by and through MIKE D. WILLIS,
her father, and DAWN WILLIS, her mother, and
MIKE D. WILLIS and DAWN WILLIS,

        Plaintiffs,

v.                                                                                          CASE NO. 6:12-CV-1166-Orl-36DAB

WAL-MART STORES EAST, LP,

        Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation of Magistrate Judge David A. Baker, filed on October 5, 2012 (Doc. 26). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiffs A.W, Mike D. Willis, and Dawn Willis' (collectively, "Plaintiffs") Motion to Remand (Doc. 21) be denied. *See* Doc. 26. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Defendant Wal-Mart Stores East, LP ("Defendant") has "clearly and unambiguously established the jurisdictional amount by a preponderance of the evidence." *Id*. at 10. Taken as a whole, Plaintiffs' repeated settlement demands for sums in the hundreds of thousands of dollars, the similar cases cited where six-figure judgments were rendered, and independent underlying factual evidence supports this conclusion. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the

-2-

Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs A.W, Mike D. Willis, and Dawn Willis' Motion to Remand (Doc. 21) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida on November 6, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD